UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

R<span>OMMEL</span> R<span>AY</span> R<span>EED</span>,

    Petitioner,

v.

H<span>EIDI</span> L. W<span>ASHINGTON</span> et al.,

    Respondents.
_____/

Case No. 2:20-cv-118

Honorable Paul L Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief (ECF No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 4, 2020     /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge